UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Mirl Brach, individually and on behalf of all others similarly situated,

                     Plaintiff,

  -v.-

Michael Harrison, Attorney at Law,

                     Defendants.

-----------------------------------------------------------------x

Civil Action No:
7:23-cv-2480 (VB)

[ELECTRONICALLY FILED stamp] 7/19/23

## JOINT STIPULATION <ins>+ ORDER</ins> OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Mirl Brach and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 18, 2023

| For Plaintiff Mirl Brach | For Defendant Michael Harrison, Attorney at Law |
|---|---|
| /s/ Kenneth Willard<br>Kenneth Willard<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>kwillard@steinsakslegal.com | Michael Harrison<br>Michael Harrison Attorney at Law<br>3155 Route 10 E. Suite 214<br>Denville, NJ 07834<br>Ph: (973) 361-9271<br>aeasley@sessions-law.biz |



SO ORDERED:

/s/ Vincent Briccetti
U.S.D.J.
7/19/2023
The conference scheduled for 7/19/23 at 3:30 p.m. is CANCELED.